# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Alcami Corporation | 1/13/2023 | Wire | $ 3,896.00 |
| Akorn Operating Company, LLC | Alcami Corporation | 1/20/2023 | Wire | $ 22,027.72 |
| Akorn Operating Company, LLC | Alcami Corporation | 2/1/2023 | Wire | $ 15,162.97 |
| Akorn Operating Company, LLC | Alcami Corporation | 2/14/2023 | Wire | $ 1,704.00 |
| | | | | $ 42,790.69 |