# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                    Plaintiff,<br>    v.<br><br>ALCAMI CORPORATION,<br><br>                    Defendant. | Adv. Proc. No. 25-50229 (KBO)<br><br><br><br>**Re: Adv. D.I. : 1** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Alcami Corporation (the "Defendant"), hereby stipulate as follows:

1.    Plaintiff filed its complaint against Defendant on February 12, 2025 [Adv. D.I. 1] (the "Complaint").

2.    This Court issued the summons to the Complaint on April 25, 2025 [Adv. D.I. 3].

3.    Defendant's deadline to respond to the Complaint is May 27, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4.     The parties agree that Defendant shall have through and including June 24, 2025, to answer or otherwise plead to the Complaint.

5.     The parties agree that Defendant's time to answer or otherwise plead the Complaint shall be automatically extended without a further stipulation by the parties to the extent that such an extension is granted pursuant to an order of the Court upon the *Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [D.I. 1388].

Dated: May 15, 2025

| **SAUL EWING LLP** | **ALCAMI CORPORATION** |
|---|---|
| /s/  *Evan T. Miller* | /s/ *Blake G. Allen* |
| Evan T. Miller (DE Bar No. 5364) | Blake G. Allen |
| Paige N. Topper (DE Bar No. 6470) | 2320 Scientific Park Drive |
| 1201 N. Market Street, Suite 2300 | Wilmington, NC 28405 |
| Wilmington, DE 19801 | Telephone: (704) 877-7541 |
| Telephone: (302) 421-6800 | blake.allen@alcami.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |